**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Hagg                    David                    D.
        (Last)                  (First)                 (Initial)

Prisoner Number  F43979

Institutional Address  S.Q.S.P. /2 B 14 ; San Quentin, Ca. 94972

=================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Demarcus Hagg            CV10    5004
(Enter the full name of plaintiff in this action.)

                    )
            vs.     )        Case No. _____
                    )        (To be provided by the Clerk of Court)
National Lodge Motel,   )
                    )        **COMPLAINT UNDER THE**
Hiral Patel             )    **CIVIL RIGHTS ACT,**
                    )        **Title 42 U.S.C § 1983**
                    )
                    )
                    )
(Enter the full name of the defendant(s) in this action)   )
                    )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.      Exhaustion of Administrative Remedies.

        [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

        A.    Place of present confinement S.Q.S.P./2 B14; San Quentin 94972

        B.    Is there a grievance procedure in this institution?

                    YES (✓)    NO ( )

        C.    Did you present the facts in your complaint for review through the grievance procedure?

                    YES ( )    NO (✓) This is not an institutional issue.

        D.     If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal _____

_____

_____

2. First formal level_____

_____

_____

3. Second formal level_____

_____

_____

4. Third formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

　　　　　YES ( )　　　NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. ____This is not an institutional issue._____

_____

_____

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

David Demarcus Hagg F43979; S.Q.S.P./2B14; San Quentin, Ca. 94972

_____

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

National Lodge Motel; 1711 International Blvd.; Oakland, Ca.

COMPLAINT                          - 2 -

III. ~~Statement of Claims~~ Statement of Claim.

Cynthia Cox made a statement saying Hiral Patel pulled a gun on her accompanied by an "accomplice", who remains to be a mystery man.

Hiral Patel was never questioned about a gun. In his statement he never mentioned a firearm at all. Or his accomplice.

Hiral Patel did not show up to the Preliminary Hearing and fled to his homeland (India) without notifying the District Attorney.

Hiral Patel and Cynthia Cox both gave very inconsistent statements.

Cynthia Cox blood alcohol level was 0.133. She also has a current DUI history. 9353979[09-52788] 8/3/09; 9361043[09-51177] 9/10/09; ?[09-077032] 11/17/09; 0418742[1001-2437] 11/22/10; 2224027[02-3589] 2002 Prior Conviction

Cynthia Cox is a Bankruptcy Lawyer with a history for dishonesty, see Case # 09-PM-18806-LMA (Decision including order of involuntary inactive enrollment)

These are other facts that I believe add to my claim.

94612 /                    Hiral Patel; Front Desk Clerk; 1711 Inter-
                           national Blvd.; Oakland, Ca. 94612

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On April 28th, 2009; Approximately 2300 hours, I, David Demarcus Hagg and Cynthia Cox decided to rent a room at the National Lodge Motel. After receiving a room that was not to my liking I was assigned a second room. This room was equally unsatisfactory so we decided to get a refund. From there I went my seperate way, but Cynthia Cox was physically assaulted before leaving the premises. I was subsequently accused, arrested, and formally charged in this matter. The only proof of my innocents would have been captured by the footage from the surveillance camera(s) on the premises. When the Oakland Police questioned Hiral Patel about the videotape, he stated the cameras had "overheated". Both rooms were in my name, therefore Hiral Patel failed to forewarn quest about the latent defect of the surveillance system which proved to be negligence.

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I want the court to subpoena National Lodge records showing (1) when did the cameras "overheat", (2) when was the work order put in, (3); when were they fixed. In addition, I am seeking punitive damages, injunctive relief and any

COMPLAINT                          - 3 -

other appropriate equittable relief I am entitled to.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _October_ day of ___31 st.___, 20_10_

_____
(Plaintiff's signature)

COMPLAINT                                    - 4 -

MR. David Haqq F43979
S.Q.S.P. / 2 8 14
San Quentin, Ca. 94972

*Pro Se*

RECEIVED
NOV 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USA 44

SEABISCUIT

Pursuant to
CCR 3141
Confidential Mail

OFFICE OF THE CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, Ca. 94102

9410283661

PN 10-31-10    PN 10-31-10



**SUSTAINABLE FORESTRY INITIATIVE**
Certified Fiber Sourcing
www.sfiprogram.org



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2009